# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DENNIS BARNES McCRANIE,** Defendant. | **CR 22-08-H-BMM** **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d); Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on April 18, 2023. (Doc. 16). Defendant Dennis Barnes McCranie's interest in the below firearms and ammunition was forfeited to the United States.

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by Rule 32.2, Federal Rules of Criminal Procedure. (Docs. 17, 17-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED as it is related to Defendant Dennis Barnes McCranie.  The Defendant's interest in the property, if any, is forfeited to the United States;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure:

- FN rifle, model FNAR, 7.62x51mm caliber, serial number 319ZM02444;
- Remington shotgun, model 11-87, 12-gauge, serial number PC343429;
- Bergara rifle, model B-14, .300 PRC, serial number ES 61-06-049835-20;
- Marlin rifle, model 1895M, .450 Marlin caliber, serial number 92000098;
- Two firearm magazines, two ammunition pouches; and
- 1696 rounds of assorted calibers and manufacturer ammunition.

DATED this 8th day of August, 2023.

_____
Brian Morris, Chief District Judge
United States District Court